```
SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                             2-11-10
232 Court Street
Reno, Nevada 89501
(775) 786-1615
Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

IN RE:     CASE NO. BK-N-07-50878-MKN
    THERESA SWEENEY     (Chapter 13)
**RESPONSE TO DECLARATION OF BREACH**
Hearing Date: 1-23-09
Hearing Time: 1:30 p.m.
Estimated Time: 5 Minutes

_____/

    The Debtor, by and through her counsel, Sean P. Patterson, Esq. files the following response to the "Declaration of Breach" filed by Barclays/Homeq. Attached hereto as Exhibit "A" through Exhibit "K" and incorporated herein by reference is proof of a number payments made by the debtor for the monthly payments and the 6 cure payments. This is for February, 2009 through January, 2010. The final "cure" payment made in August, 2009. The debtor made many of the cure payments as part of her regular mortgage. The debtor did not make a mortgage payment in November, 2009. But, she is not as far behind as claimed in this "Declaration".

    The debtor requests the following:

    1.   Rescission of the Declaration and the attorneys fees.

    2.   A total post-petition accounting of this note.

    Respectfully Submitted this __11th__ day of February, 2010.

                                       /s/ SEAN P. PATTERSON, ESQ.
                                       SEAN P. PATTERSON, Esq.
                                       Attorney for the Debtor

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Rule 5(b), I hereby certify that I am an employee of the law firm of **SEAN P. PATTERSON**, 232 Court Street, Reno, Nevada 89501; and that on this date, I mailed a true and correct copy of the foregoing document via the United States mail, postage prepaid to:

    Theresa Sweeney
    1381 Brooke Way
    Gardnerville, Nv. 89410

This document was electronically mailed to:

    William Van Meter
    C13ecf@nvbell.net

    Gregory Wilde, Esq.
    Bk@wildelaw.com

DATED: February 11, 2010 .

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.

2