Entered on Docket
May 13, 2010

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Barclays Capital Real Estate Inc. dba HomEq Servicing
09-72032 / 0322989013

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| In Re: | 07-50878-gwz |
|---|---|
| Theresa A. Sweeney | Motion no. |
|  | Date: |
|  | Time: |
|  | Chapter 13 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on April 13, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

Secured Creditor, Barclays Capital Real Estate Inc. dba HomEq Servicing its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1381 Brooke Way, Gardnerville NV and legally described as follows:

> The land referred to herein is situated in the State of Nevada, County of Douglas, described as follows:
> Lot 19, in Block D, as set forth on FINAL SUBDIVISION MAP No. 1006-12 for CHICHESTER ESTATES, PHASE 12, filed in the office of the County Recorder of Douglas County, Nevada and recorded January 8, 2004 in Book 0104, Page 2012, as Document No. 601490.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

/S/GREGORY L. WILDE
By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107